IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEAN J. KONTER,

                Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., CSC CREDIT SERVICES, INC., GREAT LAKES EDUCATIONAL LOAN SERVICES, INC. and TRANS UNION LLC,

                Defendants.

ORDER

08-cv-159-slc

---

On December 10, 2008, this court held a telephonic hearing on defendant Trans Union's motion to compel discovery (dkt. 32). Both sides were represented by counsel.

After hearing from both sides and for reasons stated on the record, I granted the motion in part and denied the motion in part.

In response to Trans Union's request for cost shifting under Rule 37(a), I indicated that I will grant a partial shifting of costs but will leave it to the parties to time their submissions to the court. The parties had no other matters to bring to the court's attention.

Entered this 10th day of December, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge