IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEAN J. KONTER,

    Plaintiff,

v.

CSC CREDIT SERVICES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-159-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant CSC Credit Services, Inc. and this case is dismissed.

By: [signature], Deputy Clerk      4-6-2009
Peter Oppeneer, Clerk of Court      Date